■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONDALE COOPER, Appellant. (Appeal No. 2.) [63 NYS3d 302]—Appeal from a judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered September 29, 2014. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Carni, DeJoseph and Winslow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND J. COLEMAN, JR., Appellant. [63 NYS3d 302]—Appeal from a judgment of the Supreme Court, Erie County (Christopher J. Burns, J.), rendered February 19, 2016. The judgment convicted defendant, upon his plea of guilty, of attempted murder in the second degree, assault in the second degree (two counts) and criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Carni, DeJoseph and Winslow, JJ.